FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 24, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:25-CR-00099-RLP |
| Plaintiff, | PROTECTIVE ORDER |
| v. | |
| JORDAN MICHAEL SMITH | |
| Defendant. | |

Before the Court is the government's Unopposed Motion for Protective Order Regulating Disclosure of Discovery and Sensitive Information, ECF No. 20. The Government requests that an order be granted to protect disclosure of discovery materials and the sensitive information contained therein provided to defense counsel in connection with the Government's discovery obligations. The Court finds good cause to grant the motion.

Accordingly, **IT IS ORDERED:**

1. The United States' Unopposed Motion for Protective Order Regulating Disclosure of Discovery and Sensitive Information, **ECF No. 20**, is **GRANTED**.

PROTECTIVE ORDER * 1

2. The United States is authorized to disclose the discovery including sensitive information and materials (hereinafter "Discovery") in its possession pursuant to the discovery obligations imposed by this Court.

3. Government personnel and counsel for Jordan Michael Smith ("Defendant"), shall not provide, or make available, the sensitive information in the Discovery to any person except as specified in the Order or by approval from this Court. Counsel for Defendant and the Government shall restrict access to the Discovery, and shall only disclose the sensitive information in the Discovery to their client, office staff, investigators, independent paralegals, necessary third-party vendors, consultants, and/or anticipated fact or expert witnesses to the extent that defense counsel believes is necessary to assist in the defense of their client in this matter or that the Government believes is necessary in the investigation and prosecution of this matter.

4. Third parties contracted by the United States or counsel for Defendant to provide expert analysis or testimony may possess and inspect the sensitive information in the Discovery, but only as necessary to perform their case-related duties or responsibilities in this matter. At all times, third parties shall be subject to the terms of the Order.

5. Discovery in this matter will be available to defense counsel via access to a case file on USA File Exchange. Counsel for Defense may download Discovery

PROTECTIVE ORDER * 2

1  from USA File Exchange and shall exercise reasonable care in ensuring the
2  security and confidentiality of the Discovery by electronically storing the
3  Discovery on a password-protected or encrypted storage medium, including a
4  password-protected computer, or device. If Discovery is printed, Counsel must also
5  exercise reasonable care in ensuring the security and confidentiality of the
6  Discovery by storing copies in a secure place, such as a locked office, or otherwise
7  secure facility where visitors are not left unescorted

8          6. All counsel of record in this matter, including counsel for the United
9  States, shall ensure that any party, including the Defendant, that obtains access to
10 the Discovery is advised of this Order and that all information must be held in
11 strict confidence and that the recipient may not further disclose or disseminate the
12 information. Any other party that obtains access to, or possession of, the Discovery
13 containing discovery information once the other party no longer requires access to
14 or possession of such Discovery shall promptly destroy or return the Discovery
15 once access to Discovery is no longer necessary. No other party that obtains access
16 to or possession of the Discovery containing sensitive information shall retain such
17 access to or possession of the Discovery containing sensitive information unless
18 authorized by this Order, nor further disseminate such Discovery expect as
19 authorized by this Order or the further Order of this court. For purposes of this
20

PROTECTIVE ORDER * 3

Order, "other party" is any person other than appointed counsel for the United States or counsel for Defendant.

7. All counsel of record, including counsel for the United States, shall keep a list of the identity of each person to whom the Discovery containing sensitive information is disclosed. Neither counsel for Defendant nor counsel for the United States shall be required to disclose this list of persons unless ordered to do so by the Court.

8. Upon entry of a final order of the Court in this matter and conclusion of any direct appeals, government personnel and counsel for Defendant shall retrieve and destroy all copies of the Discovery containing sensitive information, except that counsel and government personnel may maintain copies in their closed files following their customary procedures.

9. Government personnel and counsel for Defendant shall promptly report to the Court any known violations of this Order.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and provide copies to counsel.

DATED June 24, 2025.



REBECCA L. PENNELL
UNITED STATES DISTRICT JUDGE

PROTECTIVE ORDER * 4